## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GUILLERMINA COELLO,  ) <br> JOSE BALSECA, PPA GUILLERMINA  ) <br> COELLO AND JACK BALSECA, PPA  ) <br> GUILLERMINA COELLO  ) <br>   ) <br>   Plaintiffs,  ) <br>   ) <br>   v.  ) <br>   ) <br> CONAGRA FOODS, INC.,  ) <br>   ) <br>   Defendant.  ) <br>   ) | Case No.: 3:15-CV-00083 (SRU) <br><br><br> November 10, 2017 |

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The parties jointly move to modify the existing Scheduling Order (Dkt. No.58) for good cause under Fed. R. Civ. P. 16(b)(4) and Local Rule 7(b).

Both sides have been diligently pursuing discovery in this technical product liability case. Defendant took the deposition of Plaintiff on October 4, 2017. Defendant noticed the deposition of Plaintiff's property owner for November 14, 2017. Defendant has been attempting to serve a deposition subpoena on Plaintiff's boyfriend, Francisco Londono, but has been informed that he is traveling outside the state. Defendant has not been able to serve the deposition subpoena at this time.

Plaintiffs took the deposition of DS Containers, Inc. (the entity that designed and manufactured the canister that contains the PAM Original 12 oz. cooking spray at issue in the lawsuit) on November 7, 2017, following a (now withdrawn) motion to compel filed in the Northern District of Illinois and numerous meet and confers with DS Containers, Inc. Furthermore, Plaintiffs issued a notice of deposition to Conagra under Rule 30(b)(6). Subject to Conagra's written response and objections, Conagra designated two witnesses to cover the

proposed topics. Based on the availability of the witnesses, the deposition was re-noticed for November 29, 2017, in Chicago, Illinois.

Because of the difficulty in scheduling depositions of non-parties as well as accommodating the availability of witnesses, it has become clear that the existing deadline of November 15, 2017, for completing fact witness depositions is not feasible.

Therefore, the parties respectfully request that the Court modify the existing Scheduling Order to extend the following deadlines:

| Item | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Complete Depositions of Fact Witnesses | 11/15/17 | 12/20/17 |
| Plaintiffs' Expert Disclosures | 11/15/18 | 3/1/18 |
| Depose Plaintiffs' Experts | 12/15/18 | 4/2/18 |
| Defendant's Expert Disclosures | 1/15/18 | 5/2/18 |
| Depose Defendant's Experts | 2/16/18 | 6/1/18 |
| Discovery Closes | 2/16/18 | 6/1/18 |
| Dispositive Motions to be Filed | 4/2/18 | 7/13/18 |

The parties do not anticipate a need to move the trial date as a result of these modifications, and do not believe that any party will be prejudiced by extending these deadlines.

| **COUNSEL FOR DEFENDANT, CONAGRA FOODS, INC.** | **COUNSEL FOR PLAINTIFFS, GUILLERMINA COELLO, JOSE BALSECA, PPA GUILLERMINA COELLO AND JACK BALSECA, PPA GUILLERMINA COELLO** |
|---|---|
| /s/ Todd R. Michaelis (ct28821) | /s/ J. Craig Smith |
| Kristen Connors | J. Craig Smith |
| Ann H. Rubin | Koskoff, Koskoff & Bieder, P.C. |
| Todd R Michaelis (ct28821) | 350 Fairfield Avenue |
| Carmody Torrance Sandak & Hennessey, LLP | Bridgeport, CT  06604 |
| 50 Leavenworth Street | csmith@koskoff.com |
| Waterbury, CT  06721-1110 | |
| Tel: (203) 573-1200 | |
| Fax: (203) 575-2600 | |
| kconnors@carmodylaw.com | |
| arubin@carmodylaw.com | |
| tmichaelis@carmodylaw.com | |
| | |
| Mary S. Young (*pro hac vice*) | |
| Emily A. Ambrose (*pro hac vice*) | |
| Blackwell Burke P.A. | |
| 431 South Seventh Street, Suite 2500 | |
| Minneapolis, MN 55415 | |
| Tel: (612) 343-3263 | |
| Fax: (612) 343-3205 | |
| eambrose@blackwellburke.com | |
| myoung@blackwellburke.com | |

## **CERTIFICATE OF SERVICE**

I certify that on November 10, 2017, a copy of this pleading was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated by the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Todd R. Michaelis (ct28821)
Todd R. Michaelis

{W2947382;2}